UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH D. DUNCAN,

    Plaintiff,                                                        Civil Action No. 12-CV-12510

vs.                                                                    HON. BERNARD A. FRIEDMAN

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        This matter is presently before the court on defendants' motion to dismiss [docket entry 3]. Magistrate Judge Mark A. Randon has submitted a report and recommendation ("R&R") in which he recommends that the motion be granted. No party has filed objections to the R&R and the time for doing so has expired. The court has reviewed the R&R, the motion papers and the complaint and finds the magistrate judge's analysis to be correct and his recommendation to be sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Randon's R&R is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that defendants' motion is granted and the complaint is dismissed as to all defendants.

Dated: November 1, 2012
      Detroit, Michigan

                                          \_s/ Bernard A. Friedman_____
                                          BERNARD A. FRIEDMAN
                                          SENIOR UNITED STATES DISTRICT JUDGE