UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH D. DUNCAN,

    Plaintiff,                                 Civil Action No. 12-CV-12510

vs.                                         HON. BERNARD A. FRIEDMAN

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the court on defendants' motion to dismiss [docket entry 3]. Magistrate Judge Mark A. Randon has submitted a report and recommendation ("R&R") in which he recommends that the motion be granted. No party has filed objections to the R&R and the time for doing so has expired. The court has reviewed the R&R, the motion papers and the complaint and finds the magistrate judge's analysis to be correct and his recommendation to be sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Randon's R&R is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that defendants' motion is granted and the complaint is dismissed as to all defendants.

                                                      _s/ Bernard A. Friedman_____
Dated: November 1, 2012            BERNARD A. FRIEDMAN
       Detroit, Michigan            SENIOR UNITED STATES DISTRICT JUDGE